# EXHIBIT C

CFN: 20120710694 BOOK 28301 PAGE 3140
DATE:10/05/2012 07:52:52 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared By: Albertelli Law
Record and Return To:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned assignor ("Assignor") whose address is 1111 Polaris Parkway, Columbus, OH 43240, does hereby grant, bargain, sell, assign, transfer and convey to the following assignee ("Assignee"): U.S. Bank, National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for Chase Mortgage Finance Trust Series 2005-A2 whose address is 1111 Polaris Parkway, Columbus, OH 43240

all of Assignor's right, title and interest all beneficial interest under a certain Mortgage, dated September 22, 2005, made and executed by Kimberly Robin Bacardi, to Fidelity Mortgage Trust Corporation, recorded on February 28, 2006 in Official Records Book 24276 at Page 3472, of the Public Records of Miami-Dade County, Florida, which encumbers the real property more particularly described as follows:

LOT 3, IN BLOCK 6, OF CUTLER CAY, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 162, AT PAGE 23, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

AKA: 7824 SOUTHWEST 193RD STREET, MIAMI, FL 33157

This assignment is made without recourse to Assignor and without representation or warranty by Assignor, express or implied.

[CORPORATE SEAL]

ASSIGNOR:
JPMorgan Chase Bank, N.A.

By: _____ 9/10/12
Cecilia Barajas   Vice president

STATE OF Texas
COUNTY OF Denton

The undersigned, a notary public in and for the above-said County and State, does hereby acknowledge that on the day and year set forth below, personally appeared
Cecilia Barajas as Vice President on behalf of the corporation. She/He is personally known to me or has produced Texas DL as identification and did/did not take an oath.

WITNESS my hand and official seal this 10th day of September, 2012.

Notary Public: Lisa Haire
My commission expires: 8-15-13

LISA HAIRE
Notary Public
STATE OF TEXAS
My Comm. Exp. August 15, 2013

```
CFN  2006R0214428
OR Bk 24276 Pgs 3496 - 3497; (2pgs)
RECORDED 02/28/2006 16:14:46
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

When Recorded Return Original To:
JPMorgan Chase Custody Services
P.O. Box 8000
Monroe, LA 71211

Loan Number: ▓▓▓▓▓▓▓

## ASSIGNMENT OF MORTGAGE

For Good and Valuable Consideration, the sufficiency of which is hereby acknowledged, the undersigned,
Fidelity Mortgage Trust Corporation

whose address is 6710 Main St. Ste. 233 Hialeah, FL, 33016

(assignor)
by these presents does convey, grant, bargain, sell, assign, transfer and set over the described mortgage and any modifications, bearing the date of September 22, 2005         , together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon to:
JPMorgan Chase Bank, N.A.

BK 24276   Pgs 3472-3495         (assignee)

Said mortgage is recorded on
in the State of FLORIDA

ORIGINAL MORTGAGOR(s):
Kimberly Robin Bacardi


ORIGINAL MORT. AMOUNT: $561,600        PARCEL ID# 3060030341080

PROPERTY ADDRESS: 7824 SW 193rd St, Miami, FL 33157

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed as a sealed instrument by its duly authorized officers.

Dated: 9/23/05

_____        William C. Bambly
Signature of Officer                     Please Type Name and Title of Officer

_____        _____
Signature of Officer                     Please Type Name and Title of Officer

ASSIGNMENT OF MORTGAGE
W-7034 (8/04) (replaces 2/98) Page 1 of 2

OR BK 24276 PG 3497
LAST PAGE

STATE OF Florida
COUNTY OF Miami Dade

On 9/22/05, before me, the undersigned, a Notary Public for said County and State, personally appeared William C. Bramble

personally known to me to be the person(s) that executed the foregoing instrument, and acknowledged that they are

respectively of Fidelity Mortgage Trust Corporation

and that they executed the foregoing instrument and affixed its seal as its duly authorized officers and that such execution was done as the free act and deed of Fidelity Mortgage Trust Corporation

Notary: _____    My Commission Expires

Prepared by: Haidee Castiblanco



IVETTE FROMETA
MY COMMISSION # DD 123167
EXPIRES: June 9, 2006
Bonded Thru Notary Public Underwriters

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH, 43240

ASSIGNMENT OF MORTGAGE
W-7034 (8/04) (replaces 2/98) Page 2 of 2