# EXHIBIT D



JACOBS KEELEY
TRIAL LAWYERS

ALFRED I. DUPONT BUILDING
199 EAST FLAGLER STREET, UNIT 161
MIAMI, FL 33131
TEL: (305) 358-7991  FAX: (305) 358-7992

November 19, 2015

**PLEASE ONLY RESPOND
TO THE ABOVE ADDRESS
REFERENCE # RFI 09**

*Via Certified Mail*
*with Delivery Confirmation # 7014 2120 0004 2501 1864*

Select Portfolio Servicing, Inc.
P.O. Box 65277
Salt Lake City, UT 84165-0277

Re:      Request for Information Pursuant to Section 1024.36 of Regulation X
           and Section 1026.36 of Regulation Z
Borrower:            **Kimberly R. Bacardi**
Property Address:    7824 SW 193rd Street, Miami, FL 33157
Account Number:      █████████

Dear Sir or Madam:

      This is a request for information pursuant to Title 12, Sections 1024.36 and 1026.36, of the Code of Federal Regulations related to your servicing of the above referenced mortgage loan. Attached to this request is the Borrower's written authorization to allow our firm to make this request and to allow you to respond directly to our firm regarding the borrower's mortgage loan.

      Pursuant to Section 1024.36(c), you must acknowledge receipt of this request in writing within five (5) days (excluding legal public holidays, Saturdays and Sundays). Pursuant to Section 1024.36(d), you must respond to this request no later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this request for information unless otherwise stated.

Please provide a copy of the following information as soon as possible:

1) A complete statement of the amount of money which the Borrower must pay to cure any outstanding default(s) on this mortgage loan and itemizing the components of that cure payment figure, including but not limited to the itemization of principal, accrued interest, late fees, corporate advances, legal fees and any other fees and charges, including the sum required to cure any outstanding defaults.

2) A complete pay-off statement, pursuant to Title 12, Section 1026.36(c)(3), showing the total amount of money required to pay off this loan in full, and itemizing the components of that pay-off figure including principal, accrued interest, late fees, corporate advances, legal fees and any other fees and charges included in the pay-off figure. Pursuant to Section 1026.36(c)(3), you must send the payoff statement requested within seven (7) business days of receiving this request.

3) A complete life-of-loan loan transaction history from the date of origination of this loan to the present date, showing all credits and debits to the Borrower's mortgage loan account, including a code sheet that will allow the Borrower to understand what each transaction is if a code is used to identify the transaction. This document must include both your own records as well as records of any prior servicers.

4) A detailed copy of your last two analysis of the escrow account of the mortgage loan identified herein.

5) The current property value and a copy of any broker price opinion, automated valuation, appraisal or any other document you rely upon in determining the current property value.

6) Copes of any trial plans, forbearance plans, or modification plans previously offered and the current status of any active loss mitigation review if applicable.

7) Please identify the current owner of the mortgage loan related to the above referenced property as of the date you receive this letter. Pursuant to Section 1024.36(d), you must respond to this request no later than ten (10) days (excluding legal public holidays, Saturdays and Sundays) after you receive this request for information.

8) Please provide the last periodic monthly statement or mortgage loan statement for the above referenced property.

Thank you for your time and attention to this matter. We will await your response.

Sincerely,

Jacobs Keeley, PLLC

## Authorization and Agreement
## To Release Mortgage Information

Owner/Borrower:    Kimberly R. Bacardi

Property Address:    7824 SW 193rd Street

Miami, FL 33157

Date: January 10, 2014

To Whom It May Concern:

This shall serve as formal notice that Jacobs Keeley, PLLC, a law firm, represents the above identified borrower in all matters related to the mortgage loan associated with the above identified property. The undersigned hereby authorizes Jacobs Keeley, PLLC, and any of their affiliates, to assist in requesting information, providing notice of errors and pursuing any claims related to the mortgage loan on the above referenced property. The undersigned hereby requests and authorizes the mortgage loan servicer to release or otherwise provide Jacobs Keeley, PLLC, and any of their affiliates, any public and non-public information contained in my mortgage loan account, which may include but is not limited to: loan balances, final payoff statements, loan status, payment history, payment activity, and/or property information. This authorization shall be permanent until I withdraw it in writing. Please do not ask Jacobs Keeley, PLLC for any further proof of authorization from me or for additional personal information from me. I authorize you to respond to them directly and immediately about the mortgage loan associated with my property above.

Furthermore, the undersigned specifically requests that <u>all responses related to the requests made pursuant to this authorization be sent directly to and only to Jacobs Keeley, PLLC at 199 East Flagler Street, Unit # 161, Miami, Florida 33131</u>.

Signature(s): _____
**Kimberly R. Bacardi**

STATE OF FLORIDA
COUNTY OF MIAMI-DADE COUNTY

Sworn to, affirmed and subscribed before me this 17th day of November 2015, by Kimberly R. Bacardi.

(Notary Seal) 

_____
Notary's Signature

(✓) Personally Known, or
( ) Produced Identification as follows: Florida Driver's License #_____

199 East Flagler Street, Unit # 161, Miami, Florida 33131