# EXHIBIT E



November 30, 2015

 **FAX REQUEST**

REQUESTED BY: RUSH RI
Fax Number: (801) 270-7710

Customer Name:   KIMBERLY R BACARDI
Account Number:
Property Address:   7824 SW 193RD ST
MIAMI, FL 33157

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) is the mortgage servicer on the above referenced account. You may cure the delinquency by paying the Total Reinstatement Amount, which has been calculated for you in the table below. The Total Reinstatement Amount expires at 5:00 pm Eastern Time on the Reinstatement Good to Date. After that date you must contact us for a new Reinstatement Quote.

Payment of the Total Reinstatement Amount must be made payable to "Select Portfolio Servicing, Inc." and remitted in the form of a Bank Wire, Western Union Quick Collect, a Cashier's check, a Certified check or other certified funds.

**Over Night Mailing Address**
Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr Salt Lake City, UT 84119

**Western Union Quick Collect**
Payable To: Select Portfolio Servicing, Inc.
Code City: Oswald    Code State: UT

| Account Number: | |
|---|---|
| **Reinstatement Quote** | |
| Reinstatement Good To Date: | December 30, 2015 |
| Amount of Past Due Payments: | $357,976.72 |
| Late Charges: | $824.88 |
| Expenses Paid by Servicer: | $12,502.30 |
| Payment to Accrue: | $4,119.37 |
| Total Reinstatement Amount: | $375,423.27 |

Issuance of this Reinstatement Quote does not constitute an agreement by SPS to suspend pending or future legal action or payment of: taxes, insurance, legal fees, legal costs, collection related expenses or any other miscellaneous expense. The Total Reinstatement Amount is the amount due as of the date of this letter and reflects attorney fees and costs which have been incurred through this date and an estimate of future attorney fees and costs for continuing legal work that is likely to be completed or incurred up to the date of this letter and including the Good to Date. If any event should occur that increases the Total Reinstatement Amount, SPS reserves the right to assess these amounts against your account. SPS may not require such increases to the Total Reinstatement Amount to be paid to reinstate the account. However, if they are not required to reinstate your account, they will be required to bring your account current. SPS reserves the rights to collect these post reinstatement amounts at any point in the future. In the event that the actual legal fees and costs charged to SPS are less than the estimates provided in this quote, SPS will apply such overage to any other amounts then due and owing, or if there are no amounts due, will refund such overage directly to you.

LR527                                                                                                                0016092470

If you are unable to pay the Total Reinstatement Amount on or before the "Good to Date" then you must contact SPS for an updated Reinstatement Quote prior to remitting your payment. **Figures quoted above are subject to final verification by the Note Holder. SPS reserves the right to either reject or apply funds received after the expiration of this Reinstatement Quote, and, if insufficient to fully reinstate, SPS may elect to apply the funds to your account.**

It is possible that after payment of the amounts detailed above there may be other fees still due and owing, including but not limited to other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account.

If you are experiencing financial hardship, there may be options available to assist you. Please contact our Loan Resolution Department at 888-818-6032 to explore these options in further detail. We look forward to speaking with you.

If you have any questions regarding this reinstatement quote please contact our office. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota - This collection agency is licensed by the Minnesota Department of Commerce
New York City - Collection Agency License # 1170514**

LR527

0016092470