# EXHIBIT G



ALFRED I. DUPONT BUILDING
169 EAST FLAGLER STREET,
SUITE 1620
MIAMI, FL 33131
TEL: (305) 358-7991
FAX: (305) 358-7992

July 5, 2016

Sent Via Certified U.S. Mail
No. 7016 0910 0000 3602 3675
With Return Receipt Requested
& Fax to (801) 293-3936

Select Portfolio Servicing, Inc.
P.O. Box 65277
Salt Lake City, UT  84165-0277

RE:   Kimberly R. Bacardi Loan No. ▮▮▮▮▮▮▮▮
      7824 S.W. 193rd Street, Miami, FL 33157

To Whom It May Concern:

My law firm represents Ms. Kimberly R. Bacardi. As stated in the enclosed draft complaint, Select Portfolio Servicing, Inc. has breached its contractual obligations, federal law and Florida law in its handling of my client's and other borrower's loans in the putative class.

Should you wish to make a cure offer, please contact me within fourteen (14) days of receipt of this letter.

Please feel free to contact me at the above-listed telephone number if you wish to discuss this matter.

Best Regards,

Court E. Keeley, B.C.S.