# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| KIMBERLY BACARDI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. d/b/a SPS,<br><br>    Defendant. | Civil Action No. 1:16-cv-23381-RNS |

## AFFIDAVIT OF DAVID W. EPPERLY

1. I, David W. Epperly, MBA, CPA, ABV, CFF, CVA, am the principal of Epperly Re:Solutions, a forensic accounting and consulting firm with offices at 190 Clearview Drive, Winfield, West Virginia 25213 and at 122 Capitol Street, Suite 201, Charleston, West Virginia 25301. My telephone number is (304) 549-3231.

2. Epperly Re:Solutions was retained by the Parties pursuant to authority of the *Order Preliminarily Approving Settlement and Provisionally Certifying Settlement Class, and with Respect to Class Notice, Final Approval Hearing and Administration* dated November 30, 2017.

### DIRECT MAIL NOTICE

3. The Defendant Select Portfolio Servicing, Inc. d/b/a SPs ("SPS") provided identifying information (hereinafter referred to as the "Class List") for 5,710 individuals that, per

their review of internal documents and resources, met the class definition criteria.

4. On or before January 29, 2018 Court-approved Class Notice was mailed via U.S. Mail, First Class, Return Service Requested, to 5,710 class members.

5. A total of 759 mail notice attempts, relative to 672 class members, have been returned by the U.S. Postal Service as undeliverable. Upon return of a Class Notice as undeliverable, address research and tracking efforts were undertaken by my firm to locate and attempt re-mailing to an alternative or secondary address, if available. Address tracking and research in this regard were accomplished per reference to database resource services provided by TransUnion TLO, a subscription-based information resources firm. TransUnion TLO provides a comprehensive database of public[1] and proprietary records to research and locate, people, businesses and assets.

6. Of the 672 class members for which mail notices were returned as undeliverable, 593 class members had mail notice attempts returned one (1) time, 71 class members had mail notice attempts returned two (2) times, and 8 class members had mail notice attempts returned three (3) or more times.

7. Of the 593 class members for which the Class Notice mail attempt was returned once, 465 re-mails were accomplished. Additional or secondary address data was not located, nor were re-mails attempted, on the remaining 128 class members in this group.

8. Of the 71 class members for which the Class Notice mail attempts were returned twice, 26 re-mails were accomplished and assumed successful on the third mail attempt. Additional or secondary address data was not located, nor were re-mails attempted, on

---

[1] Including the U.S. Postal Service's National Change of Address (NCOA) registry.

the remaining 45 class members in this group after two (2) returns.

9. Of the 8 class members for which the Class Notice mail attempts were returned three (3) or more times, zero (0) re-mails were accomplished and successful on the third-plus mail attempt. Additional or secondary address data was not located, nor were re-mails attempted, on the 8 class members in this group after three-plus (3+) returns.

10. In summary, 181 class members had their most recent re-mail attempt at their last known address returned as undeliverable. This count represents 3.17% of the class population.

## EXCLUSION REQUEST AND OBJECTIONS

11. My firm received fourteen (14) timely-filed request for exclusion from the class.

## SETTLEMENT PAYMENTS

12. After payment of Attorney Fees of $126,654.00, reimbursed Class Counsel expenses of $8,067, Settlement Administration costs of $31,500, and the Named Plaintiff Case Contribution Award of $10,000, I am providing herewith a good-faith estimate of $35.77 as the class member settlement payment to each of the 5,696 class members who have not requested exclusion from the class.

Further the affiant sayeth naught.

_____
David W. Epperly

STATE OF _West Virginia_

COUNTY OF _Kanawha_

Subscribed and sworn before me this __22__ day of _March_, 2018

My commission expires _April 11 2021_.

_Kimberly L. May_
NOTARY PUBLIC

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Kimberly L. May
Hilliard & Swartz, LLP
124 Capitol Street, Suite 201
Charleston, WV 25301
My Commission Expires April 11, 2021

4